**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACANA HOLDINGS I LLC,<br><br>JACANA HOLDINGS II LLC,<br><br>JACANA HOLDINGS III LLC,<br><br>JACANA HOLDINGS IV LLC,<br><br>LEX CLAIMS, LLC,<br><br>MPR INVESTORS LLC,<br><br>    -and-<br><br>RRW I LLC,<br><br>                Plaintiffs,<br><br>       v.<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>ALEJANDRO GARCÍA PADILLA,<br>in his official capacity as Governor of the Commonwealth of Puerto Rico,<br><br>JUAN ZARAGOZA GOMEZ,<br>in his official capacity as Secretary of the Treasury of the Commonwealth of Puerto Rico,<br><br>    -and-<br><br>LUIS CRUZ BATISTA,<br>in his official capacity as Director of the Office of Management and Budget of the Commonwealth of Puerto Rico,<br><br>                Defendants. | Case No. 1:16-cv-_____ (___)<br><br><br><br><br><br><br><br><br><br><br>**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Jacana Holdings I LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Federal Rule of Civil Procedure 7.1 ("Rule 7.1").  Rule 7.1 therefore does not require any disclosures with respect to it.

Jacana Holdings II LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Jacana Holdings III LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Jacana Holdings IV LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Lex Claims, LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

MPR Investors LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

RRW I LLC is a limited liability company.  It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Dated: June 21, 2016

Respectfully submitted,


s/ Ariel N. Lavinbuk

Mark T. Stancil (*pro hac vice* forthcoming)
Gary A. Orseck (*pro hac vice* forthcoming)
Ariel N. Lavinbuk (S.D.N.Y. Bar. No.
    AL7008)
Donald Burke (*pro hac vice* forthcoming)
ROBBINS, RUSSELL, ENGLERT, ORSECK
    UNTEREINER & SAUBER LLP
1801 K Street, NW
Washington, D.C. 20006
(202) 775-4500
mstancil@robbinsrussell.com
gorseck@robbinsrussell.com
alavinbuk@robbinsrussell.com
dburke@robbinsrussell.com

*Counsel for Plaintiffs*